IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LINDA BLEVINS, | CASE NO: 1:12cv00540 |
| Plaintiff | (J. Black, Magistrate J. Litkovitz) |
| vs. | |
| KENNETH CHEEK and ADAM SMITH | |
| Defendants | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The within action having been fully comprised and settled among the parties hereto, the Complaint of Plaintiff against Defendants may be and is hereby DISMISSED, with Prejudice, and without record.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

_____
Timothy S. Black
JUDGE

_____
Robert J. Thumann
Ohio Bar Number: 0074975
**Attorneys for Plaintiff, Linda Blevins**
Crehan & Thumann LLC
1206 Race Street
Cincinnati, OH 45202
513-381-5050/ fax: 513-381-1700
Email: thumann@ctlawcincinnati.com

_____
Lawrence E. Barbiere
Ohio Bar Number: 0027106
**Attorney for Defendants, Kenneth Cheek and Adam Smith**
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
5300 Socialville Foster Road, Suite 200
Mason, OH 45040
(513) 583-4200 / (513) 583-4203 (fax)
Email: lbarbiere@smbplaw.com